# EXHIBIT B

```
Status Report For:      BPC RESTAURANT MANAGEMENT LLC
Report Date:            3/24/2022
Confirmation Number:    220832607741
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:     0400553264
Business Type:          DOMESTIC LIMITED LIABILITY COMPANY
Status:                 ACTIVE
Original Filing Date:   02/27/2013
Stock Amount:           N/A
Home Jurisdiction:      NJ
Status Change Date:     NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start Date:   N/A
DOR Suspension End Date:     N/A
Tax Suspension Start Date:   N/A
Tax Suspension End Date:     N/A
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:         FEBRUARY
Last Annual Report Filed:    02/12/2021
Year:                        2021
```

**AGENT/SERVICE OF PROCESS (SOP)INFORMATION**

```
Agent:                     BRIAN CRUIKSHANK
Agent/SOP Address:         99 CENTER ST ,GARWOOD,NJ,07027
Address Status:            DELIVERABLE
Main Business Address:     99 CENTER ST, GARWOOD, NJ, 07027
Principal Business Address: N/A
```

**ASSOCIATED NAMES**

```
Associated Name:    THE STATION BAR & GRILL
Type:               FC
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

|  |  |
| --- | --- |
| Title: | OTHER |
| Name: | BRIAN CRUIKSHANK, |
| Address: | 1112 LINCOLN AVE, SCOTCH PLAINS, NJ, 07076 |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

|  |  |
| --- | --- |
| Original Filing (Certificate) Date: | 2013 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
| --- | --- |
| ALTERNATE NAME FILING | 2013 |
| ALTERNATE NAME RENEWAL | 2018 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.