# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3133

BPC Restaurant Management LLC v. Amguard Insurance Co

(U.S. District Court No.: 3-22-cv-02229)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 13, 2024
CJG/cc:    Ralph P. Ferrara, Esq.
           Bryce L. Friedman, Esq.
           Michael J. Garvey, Esq.
           Kevin J. Kotch, Esq.
           Susan M. Leming, Esq.
           Melissa E. Rhoads

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate